UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DEENA CRYSTAL LIEBMAN AND, <br> ANDRE PETER CAMPBELL <br> Applicants/Plaintiffs <br><br> v. <br><br> A BETTER WAY WHOLESALE AUTOS, INC. <br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CIVIL ACTION NO. <br> 3:15cv1263(JBA) <br><br> 3:15-cv-1263 (JBA) <br><br><br> AUGUST 17, 2015 |

## APPLICATION TO COMPEL ARBITRATION

Pursuant to 9 U.S.C. § 4, the Applicants/Plaintiffs Deena Crystal Liebman and Andre Peter Campbell hereby apply to this Court for an order compelling arbitration of their claims against A Better Way Wholesale Autos, Inc. Jurisdiction in this Court is proper pursuant to 28 U.S.C. § 1332. In support hereof, Applicants state:

1. On March 30, 2015, the parties entered into a Retail Purchase Order which contained a written agreement for arbitration to be administered by the American Arbitration Association ("AAA") in accordance with its rules for the arbitration of consumer claims. See Exhibit A.

2. Plaintiffs demanded arbitration on June 8, 2015. See Exhibit B.

3. The defendant has neglected and refused to perform the agreement for arbitration by refusing to pay the administrative fees required by the American Arbitration Association ("AAA") and by refusing to abide by the AAA rules for the arbitration of consumer claims. See Exhibit C.

4. Applicants/Plaintiffs are ready and willing to perform under the terms of the arbitration provision.

The Applicants/Plaintiffs seek an order compelling defendant to arbitrate the claims or, if the AAA refuses to arbitrate the claim due to defendants' past refusal to comply, for an order to appoint an arbitrator, who will conduct an arbitration in accordance with the AAA Rules for Consumer Claims with the defendant being required to pay the costs as they would have been allocated by the AAA.

In further support of this application, Applicants/Plaintiffs submit a memorandum of law.

APPLICANTS/PLAINTIFFS, Deena Crystal Liebman and Andre Peter Campbell

By: _____
Daniel S. Blinn (ct02188)
Consumer Law Group, LLC
35 Cold Spring Rd. Suite 512
Rocky Hill, CT 06067
Tel (860) 571-040
Fax (860) 571-7457
dblinn@consumerlawgroup.com